THOMAS H. PANCOAST, Respondent, *v.* INDUSTRIAL GLASS COMPANY, Appellant.

*Pancoast* v. *Industrial Glass Co.*, 148 App. Div. 473, affirmed.
(Argued January 14, 1914; decided February 3, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 29, 1911, reversing a judgment in favor of

defendant entered upon a verdict directed by the court in an action to recover commissions alleged to be due plaintiff under a certain written agreement.

*Odell R. Blair* and *George A. Davis* for appellant.

*Richard E. Jacobson* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.